UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
)
    Plaintiff, )    2:00-CR-255-PMP
)
  vs. )    <u>ORDER FOR SUPPLEMENTARY</u>
)    <u>PROCEEDINGS OF JUDGMENT</u>
)    <u>DEBTOR EXAMINATION</u>
MELANIE R. HOPP, )
)
    Defendant. )

On plaintiffs' motion and good cause appearing, the defendant, Melanie R. Hopp, is hereby ordered to appear before the United States Magistrate, courtroom <u>3D</u>, Lloyd D. George Federal Building and Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the <u>16th</u> day of <u>May</u>, <u>2012</u> at <u>9:30AM</u>, to then and there answer upon oath concerning the property of the defendant and for such other proceeding as there may occur consistent with proceedings supplementary to execution.

    It is further ordered that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.

2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3. A copy of the titles to all your or your spouses' vehicles, automobiles, boats, aircraft, etc.

4. Copies of your earning statements (i.e. paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify your statements on the financial form.

. . .

. . .

It is further ordered that a copy of this order shall be served upon the defendant by the United States Marshal or private process service at least  10  calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this  19  day of      April      , 2012.

                                                                 _____
                                                                 United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant U. S. Attorney