UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:00-CR-255-PMP-RJJ |
| vs. | ) | |
| | ) | ORDER |
| MELANIE R. HOPP, | ) | |
| Defendant. | ) | |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for May 16, 2012, at 9:30 a.m. be granted.

DATED this 9th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney

/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney